WILLIAM COLE, as Executor, etc., Respondent, *v.* CHARLES E. FROST, as Executor, etc., et al., Appellants et al., Respondents.

(Submitted January 14, 1891; decided February 3, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made February 12, 1889, which modified and, as modified, affirmed a judgment in favor of the defendant, The Methodist Episcopal Hospital, in the city of Brooklyn, entered upon a decision of the court on trial at Special Term.

*P. V. R. Stanton* and *Calvin Frost* for appellants.

*James Troy* for respondent William Cole.

*G. G. & F. Reynolds* for respondent M. E. Hospital.

*Wm. Hughes* for respondents Doty et al.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.

WILLIAM E. LAIMBEER, Appellant, *v.* ROBERT W. TAILER et al., as Executors, etc., Respondents.

(Submitted January 14, 1891; decided February 3, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made January 28, 1889, which affirmed a judgment in favor of defendant entered upon the report of a referee.

*Geo. W. Van Siclen* for appellant.

*E. R. DeGrove* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.